IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NOS. 1D13-1754 & 1D13-1810

KADEEM QUAISHAWN HART,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed February 19, 2016.

An appeal from the Circuit Court for Duval County.
Charles W. Arnold, Judge.

Nancy A. Daniels, Public Defender, and Gail E. Anderson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.  See Kelsey v. State, 40 Fla. L. Weekly D1291, ——So.3d ——

–, 2015 WL 3447138 (Fla. 1st DCA May 29, 2015) (On Motion for Rehearing),

rev. granted, No. SC15–2079, 2015 WL 7720518 (Fla. Nov. 19, 2015).

ROBERTS, CJ, and ROWE and KELSEY, JJ., CONCUR.